### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE RICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-CV-524-GKF-FHM ) |
| JUST ON TIME FREIGHT SYSTEMS, INC., KENANI MAUTI OENDO, and BRYSON & ASSOCIATES, | ) ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

Plaintiff's *Motion to Quash Subpoena Duces Tecum Issued by the Defendants,* [Dkt. 31], is denied without prejudice for failure to comply with Fed. R. Civ. P. 26(c)(1).

If the parties are unable to resolve the issue after a good faith conference, Plaintiff may refile the motion specifically identifying the information claimed to be privileged or protected. Fed. R. Civ. P. 26(b)(5)(A)

IT IS SO ORDERED this 8th day of March, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE